

Eastern District of Kentucky
FILED

MAY 28 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

V.                                    INDICTMENT NO. 6:26-CR-77-CHB-EBA

**JOHNNY W. ROBINSON,**
**VERONICA C. HOUSE, and**
**CHASITY Y. COLLETT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

Beginning in or about January of 2026, the exact date unknown, and continuing through on or about April 15, 2026, in Jackson, Clay, and Madison Counties, in the Eastern District of Kentucky, and elsewhere,

**JOHNNY W. ROBINSON,**
**VERONICA C. HOUSE, and**
**CHASITY Y. COLLETT**

did conspire with each other and others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **JOHNNY W. ROBINSON** and **VERONICA C. HOUSE** that 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be

distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about January 22, 2026, in Jackson County, in the Eastern District of Kentucky,

**CHASITY Y. COLLETT**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about February 3, 2026, in Jackson County, in the Eastern District of Kentucky,

**JOHNNY W. ROBINSON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about April 1, 2026, in Jackson County, in the Eastern District of Kentucky,

**JOHNNY W. ROBINSON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about April 15, 2026, in Madison County, in the Eastern District of Kentucky,

**JOHNNY W. ROBINSON and
VERONICA C. HOUSE**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**W. SAMUEL DOTSON**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1-5:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If responsible for 500 grams or more of a methamphetamine mixture:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.